UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH CECIL CHANEY,   Plaintiff, | NO. 07-10-D-M3 |
| VERSUS | |
| ELMER LITCHFIELD, ET AL,   Defendant. | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the foregoing joint motion of plaintiff, Joseph C. Chaney, and Sheriff Sid Gautreaux as Sheriff of East Baton Rouge Parish and successor-in-interest to Elmer Litchfield which motion seeks dismissal of the above entitled and numbered cause;

IT IS ORDERED that all of plaintiff's claims are dismissed with prejudice with each party to bear their own costs and attorney's fees.

Baton Rouge, Louisiana, this 21st day of August, 2008.

_____
UNITED STATES JUDGE
MIDDLE DISTRICT OF LOUISIANA

- 3 -

#429071